UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GLORIA E.N.E.

                Plaintiff,

- against -

KOREA LINE CORPORATION,

                Defendant.
------------------------------------------------------------X

**JUDGE KOELTL**

08 CV 2490

ECF CASE

MAR 12 2008
U.S.D.C. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                None.

Dated: March 11, 2008
       Southport, CT

                              The Plaintiff,
                              GLORIA E.N.E.

                              By: _____
                              Patrick F. Lennon
                              Anne C. LeVasseur
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050
                              facsimile (212) 490-6070
                              pfl@lenmur.com
                              acl@lenmur.com