**Bennett, Giuliano, McDonnell & Perrone, LLP**
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
**Facsimile:**   (646) 328-0121
**William R. Bennett, III  (WB 1383)**
**Attorneys for Plaintiff**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLORIA E.N.E.,

                                    Plaintiff,
          - against -

KOREA LINE CORPORATION,

                                    Defendant.
------------------------------------------------------------X

08 cv 2490 (Judge Koeltl)

**STIPULATION FOR**
**SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED** that William R. Bennett, III of Bennett, Giuliano, McDonnell & Perrone, LLP, shall be substituted as counsel of record for the plaintiff, GLORIA E.N.E. in this action in place of Patrick F. Lennon of Lennon, Murphy & Lennon, LLC.

Dated: New York, New York
           April 11, 2008

| Bennett, Giuliano, McDonnell & Perrone, LLP | Lennon, Murphy & Lennon, LLC. |
|---|---|
| /s/ William R. Bennett | /s/ P. Lennon |
| William R. Bennett, III, Esq. | Patrick F. Lennon, Esq. |
| 494 Eighth Avenue, 7th Floor | 420 Lexington Ave. Suite 300 |
| New York, New York 10001 | New York, New York 10170 |
| Telephone:   (646) 328-0120 | Telephone:   (212) 490-6050 |
| Facsimile:   (646) 328-0121 | Facsimile:   (212) 390-6070 |

**SO ORDERED**:

/s/ JK Koeltl
4/15/08