# Bennett, Giuliano, McDonnell & Perrone, LLP

| New Jersey Office: | 494 8th Avenue, 7th floor | Florida Office: |
|---|---|---|
| 201 Littleton Road | New York, New York 10001 | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | | Boynton Beach, FL 33437 |
| Tel. (973) 387-0486 | **Telephone: (646) 328-0120** | Tel. (561) 337-8816 |
| Fax (973) 796-2884 | **Telefax: (646) 328-0121** | Fax. (561) 337-4653 |
| | www.bgmplaw.com | |

MAY 23 2008

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

May 22, 2008

The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

*[Handwritten: The conference is Not adjourned. So Ordered. JGKoeltl USDJ 5/23/08]*

Re:   **GLORIA E.N.E v. Korean Line Corporation**
         **08 cv 2490 (Judge Koeltl)**

Dear Judge Koeltl:

We represent the plaintiff in the referenced Rule B matter. We respectfully write to request a 90-day adjournment of the conference scheduled for May 30th on the grounds that the plaintiff is fully secured by way of attachment of funds in New York, no appearance has been made by the defendants, and the merits of the claim are being arbitrated in London. We hope that the matter will be resolved within the 90-day extension.

Respectfully submitted,

William R. Bennett

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08