```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIA E.N.E.,

              Plaintiff,        08 Civ. 2490 (JGK)

   - against -             ORDER

KOREA LINE CORP.,

              Defendant.

JOHN G. KOELTL, District Judge:

The plaintiff should report back to the Court by **August 1, 2008** on the status of this case.

SO ORDERED.

Dated:   New York, New York
          June 3, 2008

                                            John G. Koeltl
                                      United States District Judge