# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | **494 Eighth Avenue, 7th Floor** | **Florida Office:** |
| --- | --- | --- |
| 201 Littleton Road | **New York, New York  10001** | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ  07950 | | Boynton Beach, FL  33437 |
| Tel.  (973) 387-0486 | **Telephone:  (646) 328-0120** | Tel.  (561) 337-8816 |
| Fax.  (973) 796-2884 | **Telefax:       (646) 328-0121** | Fax.  (561) 337-4653 |
| | www.bgmplaw.com | |

August 1, 2008

The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

       Re:    GLORIA E.N.E v. Korean Line Corporation
               Docket No.: 08-cv-2490 (Judge Koeltl)
               Our File No.: D807

Dear Judge Koeltl:

      We represent the plaintiff in the above-referenced Rule B action.  We appeared before Your Honor for a preliminary conference on June 2, 2008, and were asked to provide an update to the Court on August 1, 2008.  At this stage, plaintiff is fully secured by way of attachment of defendants' funds in New York.  Defendants have not made an appearance in this matter.  Because the merits of the claim are being arbitrated in London, we respectfully request that the Court transfer this case to its suspension calendar until a decision is rendered in the arbitration.

      We thank you for your time and consideration.

                                              Respectfully submitted,

                                              Matthew J. Cowan