UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLORIA E.N.E.,

                               Plaintiff(s),

                               08 civ 2490 (JGK)

        -against-

                             **ORDER CLOSING CASE**

KOREA LINE COPORATION,

                           Defendant(s).
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      This action is ordered closed on the active docket of this Court without prejudice to reopening of this matter with 30 days after the date of disposition of the related arbitration proceeding.

**SO ORDERED.**

                                                    _____
                                                    JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         August 15, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2008